Appeal No. 76-253. CLAUDE LEFEBVRE *v.* MOSES KANDO *et al.* The stay previously granted is dissolved. Doris, J. would continue the stay in full force and effect. *John F. McBurney,* for plaintiff. *William F. McMahon,* for defendant.

Appeal No. 75-312. WILLIAM J. DANAHEY *v.* STATE. Motion of the State to affirm the judgment below pursuant to Rule 16(g) is denied. *Louis F. Robbio, Peter D'Amico,* for petitioner. Office of the Attorney General, *Julius C. Michaelson,* Atty. Gen., *John R. McDermott,* Spec. Asst. Atty. Gen., for respondent.

Appeal No. 75-326. VIOLET M. CAVANAGH *v.* ROBERT D. CAVANAGH. The respondent's motion to reconsider the order of this court concerning withdrawal of his counsel is denied. The petitioner's motion to remand the case to the Family Court is granted solely for the purpose of a hearing on payment of the electric bill set forth in the motion, and, after hearing, the papers in this case shall be immediately returned to this court. *Robert H. Breslin, Jr.,* for petitioner. *Robert D. Cavanagh,* Pro Se.